*lon V. Cushman* for respondent.

No. 607. BORDER LINE TRANSPORTATION CO. *v.* HAAS, COLLECTOR OF CUSTOMS. February 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George R. Tuttle* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Robert L. Stern* for respondent.

No. 622. GERITY-WHITAKER CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. February 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Milo J. Warner* and *Elmer A. Smith* for petitioners. *Solicitor General Fahy* and *Messrs. Robert B. Watts* and *Ernest A. Gross* and *Misses Ruth Weyand* and *Fannie M. Boyls* for respondent.

No. 633. PICKERING LUMBER CO. *v.* WHITESIDE ET AL. February 15, 1943. Petition for writ of certiorari to the District Court of Appeal, 3d Appellate District, of California, denied. *Messrs. Paul Barnett* and *Henry N. Ess* for petitioner. *Mr. Francis H. De Groat* for respondents.

No. 641. TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS *v.* PASHEA. February 15, 1943. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Louis A. McKeown* and *Arnot L. Sheppard* for petitioner. *Messrs. James T. Blair* and *Harvey B. Cox* for respondent.